AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**

Jul 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-20-0292-CRB |
| BARRY DAVID GOLDBERG | ) | ~~3-20-MJ-70813~~ |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/06/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jonathan F. Marshall
*Printed name of defendant's attorney*

_____
*Judge's signature*

**Donna M. Ryu**
Hon. ~~Thomas S. Hixson~~, U.S. Magistrate Judge
*Judge's printed name and title*